UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY PUGH, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| UNITED STATES OF AMERICA, ) | 7:22-CV-124-BO-BM | |
| ) | | |
| Defendant. ) | | |
| ) | | |

**Decision by Court.**
This cause comes before the Court on defendant's motion to dismiss for lack of subject matter jurisdiction pursuant to Rule l 2(b)(1) of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss by the United States [DE 14] is GRANTED. Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

This case is closed.

**This judgment filed and entered on January 27, 2023, and served on:**
Jerrold Parker (via CM/ECF Notice of Electronic Filing)
Raymond Silverman (via CM/ECF Notice of Electronic Filing)
Jonathan Martin (via CM/ECF Notice of Electronic Filing)
Haroon Anwar (via CM/ECF Notice of Electronic Filing)
John Bain (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

January 27, 2023

 /s/ Lindsay Stouch
By: Deputy Clerk